Case 3:18-cv-00002   Document 24   Filed on 05/01/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 01, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ANTHONY RAY MATA SR, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-002 |
| § | |
| L&M BOTRUC RENTAL, LLC, § | |
| § | |
| Defendant. § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Dkt. 23.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of all claims asserted in this matter, unless any party represents in writing filed with the Court on or before **May 31, 2018** that the settlement could not be completely documented.

All pending motions are hereby **DENIED as moot.**

SIGNED at Galveston, Texas, this 1st day of May, 2018.

_____
George C. Hanks Jr.
United States District Judge