UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ANTHONY RAY MATA SR, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-002 |
| § | |
| L&M BOTRUC RENTAL, LLC, § | |
| § | |
| Defendant. § | |

# FINAL DISMISSAL ORDER

Before the Court is the parties' Joint Stipulation for Dismissal and Final Judgment. Dkt. 25. Upon consideration of the stipulation and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims, causes of action, and requests for affirmative relief asserted or requested by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**.

Each party is to bear its own costs.

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 1st day of June, 2018.

George C. Hanks Jr.
United States District Judge